PROB 12
(Rev 3/88)

**FILED**

**OCT 1 2 2007**

**JAMES BONINI, Clerk**
**CINCINNATI, OHIO**

**United States District Court**
for the
**Southern District of Ohio**

U.S.A. vs. Jeanette Tate

> * Statutory maximum term of imprisonment upon revocation is 2 years pursuant to 18 U.S.C. § 3583(e)(3)

Docket No.: 1:02CR00140

Petition on Supervised Release

COMES NOW **Colleen F. Stone** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Jeanette Tate** who was placed on supervision for **Possession of Counterfeit Security, a Class C felony\***, by the Honorable **S. Arthur Spiegel, U.S. Senior District Judge**, sitting in the court at **Cincinnati, Ohio**, on the **6th day of March, 2003** who fixed the period of supervision at **3 year(s) \*\***, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\*\* Committed to custody of Bureau of Prisons for 21 months, followed by supervised release for a term of 3 year(s).

1. The defendant is instructed to pay a Special Assessment in the amount of $100.00.
2. The defendant is instructed to pay restitution in the amount of $4,868.01, joint and severally with co-defendant Roger Tate.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

WHEREAS:   Ms. Tate in violation of Additional Condition #2, as listed above, by failing to pay in full her restitution in the amount of $4,868.01.
WHEREAS:   Ms. Tate has been submitting monthly restitution payments in the amount of $30/month.
WHEREAS:   Ms. Tate has been submitting restitution payments to the best of her financial ability.
WHEREAS:   Ms. Tate has agreed to sign a Consent Agreement stating she will continue her monthly restitution payments in the amount of $30/month to the Financial Litigation Unit.

PRAYING THAT THE COURT WILL ORDER that Ms. Jeanette Tate's supervision be allowed to close at expiration on October 14, 2007 and that further collection of restitution be remitted to the Financial Litigation Unit.

ORDER OF COURT
Considered and ordered as prayed this _12_ day of _October_, 20_07_ and ordered filed and made a part of the records in the above case.

_S. Arthur Spiegel_
U.S. Senior District Judge

Michael R. Barrett, Judge
US District Court

I declare under penalty of perjury that the foregoing is true and correct.

Colleen F. Stone, U.S. Probation Officer

Date   October 11, 2007

Reviewed and Approved By:

David Wonneman, Supervisory U.S. Probation Officer   10/11/07

Place Baltimore, Maryland